

**FILED**
**1/26/2024**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**SMB** United States District Court
Northern District of Illinois
## Prisoner Civil Cover Sheet

24-cv-806
Judge Coleman
Magistrate Judge McShain
PC 8
PC SCAN
RANDOM/CAT 3

**Plaintiff(s):**                                      **Defendant(s):**

**County of Residence:**                               **County of Residence:**

**Plaintiff's Address:**                               **Defendant's Attorney:**
**Name:**

**Unit Field:**

**(Prisoner ID Field (USM# ONLY)**

**Address:**

**Basis of Jurisdiction:**   ☐ 1. U.S. Government Plaintiff      ☐ 3. Federal Question
                                                                    (U.S. gov't. not a party)
                             ☐ 2. U.S. Government Defendant     ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
                    **Plaintiff:**                **Defendant:**

**Origin:**          ☐ 1. Original Proceeding     ☐ 5. Transferred from Other
                                                       District
                     ☐ 2. Removed from State Court ☐ 6. MultiDistrict Litigation
                     ☐ 3. Remanded from Appellate Court ☐ 7. Appeal to District Judge
                                                              from Magistrate Judgment
                     ☐ 4. Reinstated or Reopened

**Nature of Suit:**

**Cause of Action:**

**Jury Demand:**     ☐ Yes            ☐ No

**Signature:** _____    **Date:** _____

Rev. 02/12/2019